JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NELLY ANNA NALBANDYAN, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA. <br><br> Defendant. | No. 2:23-cv-10656-JFW-AGR <br><br> **JUDGMENT** |

    In accordance with the Court's Findings of Fact and Conclusions of Law After Bench Trial dated June 17, 2025 (Dkt. 106), it is hereby ordered, adjudged, and decreed that:

    1.    Judgment is entered in favor of defendant United States of America (the "United States").

    2.    Plaintiff shall take no damages by her complaint in this action.

Dated:  _June 20, 2025

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE